IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PAMELA LARUE MCFADDEN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1: 09 CR 0089 LJO<br><br>**ORDER VACATING RELEASE FROM DETENTION; VACATING STATUS CONFERENCE** |

　　　Following the Bail Review hearing on April 11, 2012, which resulted in the Court ordering the temporary release of defendant into the custody of Turning Point, the Court was informed that Turning Point declined admittance of Ms. McFadden into its facility. Accordingly, the Court VACATES defendant Pamela LaRue McFadden's release from custody. The Court VACATES the Status Conference re Release set for May 16, 2012 at 1:30 before Judge Dennis L. Beck. Should defendant continue to seek release, defendant may seek review before the appropriate duty Magistrate Judge.

　　　IT IS SO ORDERED.

　　　Dated: __April 11, 2012__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1