# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PAMELA LARUE MCFADDEN**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:09CR00089-003 LJO** |

MICHAEL BERDINALLA
Defendant's Attorney

## THE DEFENDANT:

[ ]     admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.

[✔]     was found in violation of condition(s) of supervision as to charge(s) ONE AND TWO  after denial of guilt, as alleged in the violation petition filed on 1/25/2012 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 12/21/2011 - 1/12/2012 |
| TWO | FAILURE TO SUBMIT MONTHLY REPORT FORM AS DIRECTED | 11/2011 - 12/2011 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  6/11/2010  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/30/2012
Date of Imposition of Sentence

/s/ LAWRENCE J. O'NEILL
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

8/1/2012
Date

CASE NUMBER:        1:09CR00089-003 LJO                                    Judgment - Page 2  of  2
DEFENDANT:          PAMELA LARUE MCFADDEN

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                 _____
                                   UNITED STATES MARSHAL

                     By  _____
                                   Deputy U.S.  Marshal